UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alastia ACHA, | Case No.:  26-cv-2532-AGS-JLB |
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |
| v. | |
| Christopher LaROSE, et al., | |
| Respondents. | |

Petitioner Alastia Acha seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging her immigration detention. The government "concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (ECF 4, at 2.) The Court thus **GRANTS** the petition and orders that petitioner receive such a bond hearing by May 12, 2026. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  April 28, 2026

_____
Hon. Andrew G. Schopler
United States District Judge